NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHAWN CLEAVER, DOC #R80347,  )
                             )
            Appellant,       )
                             )
v.                           )      Case No. 2D17-5102
                             )
STATE OF FLORIDA,            )
                             )
            Appellee.        )
_____)

Opinion filed March 8, 2019.

Appeal from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Michael W. Mervine,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, SILBERMAN, and ROTHSTEIN-YOUAKIM, JJ., Concur.